CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
 San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
 San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg @ potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Raul Uriarte-Limon**,<br><br>        Plaintiff,<br><br>    v.<br><br>**Julissa L. Leyva**;<br>**James Moffat;**<br><br>        Defendants. | **Case:** 5:16-CV-00194-JGB-KK<br><br>**Plaintiff's Reply Brief in Support of Motion for Summary Judgment**<br><br>Date:    November 21, 2016<br>Time:    9:00 a.m.<br>Ctrm:    1<br><br>Hon. Judge Jesus G. Bernal |

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.   PRELIMINARY STATEMENT

Defendant Julissa Leyva failed to file an opposition brief in response to Plaintiff's motion for summary judgment and, to date, has not filed an opposition. Defendant James Moffat filed an untimely opposition brief, alleging a single disputed issue regarding his ownership interest in the Restaurant. However, the evidence presented by this Defendant is insufficient to establish a triable issue of fact. Therefore, Plaintiff respectfully requests that the Court grant his motion as to both Defendants.

## II.   DEFENDANT JULISSA LEYVA FAILED TO FILE AN OPPOSITION BRIEF

Defendant Julissa Levya failed to file an opposition brief in response to Plaintiff's motion, despite having sufficient notice of the motion. The ECF notification for Plaintiff's motion indicates that notice was sent to Mr. Encarnacion's e-mail address, estefan@encarnlaw.com. (See ECF No. 32).

Local Rule 56-3 states that "the Court may assume that the material facts as claimed and adequately supported by the moving party are admitted to exist without controversy" to the extent they are not disputed by evidence from the opposing party. Additionally, FRCP 56(e)(3) allows a court to grant summary judgment in favor of the moving party "if a party fails to…properly address another party's assertion of fact…" so long as the "supporting materials…show that the movant is entitled to summary judgment. Because no opposition was filed by Defendant Julissa Leyva, no triable issues of fact have been raised as to Defendant Julissa Leyva. Thus, Plaintiff requests that the court grant summary judgment for Plaintiff against this Defendant.

### III. DEFENDANT JAMES MOFFAT FAIL TO ESTABLISH A TRIABLE ISSUE OF FACT

FRCP 56(c)(1)(a) states that a genuinely disputed assertion must be supported by "citing to a particular part of materials in the record…"; see also *Christian Legal Soc. Chapter of University of California v. Wu*, 626 F.3d 483, 487-488 (Ninth Cir. 2010). In opposition, the sole issue raised by Defendant James Moffat was whether he was the master leaseholder for the Restaurant on the date of incident. He does not dispute that he was, for a period of time, the master lease holder for the Restaurant, however. Instead, the defense claims that there is a factual dispute regarding whether Mr. Moffat was the master lease holder in February 2015 when Mr. Uriarte-Limon visited the Restaurant. However, Defendant does not provide specific factual evidence to create a triable issue as to this fact. Indeed, Defendant does <u>not</u> state in his declaration that he was <u>not</u> the master leaseholder in February 2015.

Here, Defendant instead intentionally withholds information regarding the duration of Mr. Moffat's ownership interest as the master leaseholder in an attempt to mislead the Court and create delay in the resolution of this issue. FRCP 56(h) gives the Court discretion to sanction a party for this reason, particularly, for declarations submitted in bad faith. As such, Defendant has failed to establish a triable issue.

### IV. CONCLUSION

Plaintiff respectfully requests that the Court grant his motion for summary judgment as to both Defendants.

1
2   Dated: November 7, 2016           Center for Disability Access
3
4                                      By: /s/ Isabel Rose Masanque
                                       Isabel Masanque
5                                      Attorneys for Plaintiff