UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Raul Uriarte-Limon**, <br> Plaintiff, <br> v. <br> **Julissa L. Leyva**; <br> Defendants. | **Case No**. 5:16-CV-00194-JGB-KK <br> **JUDGMENT** <br> (after bench trial) |

Following the bench trial on March 21, 2017 and in accordance with this court's decision on May 23, 2017, the Court grants **JUDGMENT** in favor of plaintiff Raul Uriarte-Limon and against defendant Julissa L. Leyva in the amount of $4,000 plus reasonable attorney's fees yet to be determined by the court.

Additionally, the court orders defendant Julissa L. Leyva to install a van accessible parking space and access aisle in the parking lot serving the Tamales &Tacos at 8111 Foothill Blvd. in Rancho Cucamonga. That van accessible parking stall and access aisle must have the following features:

- The parking stall shall be 96 inches in width;

- The parking stall shall be designated as reserved by a pole or wall mounted sign showing the international symbol of accessibility and have an additional sign saying "van accessible" mounted below the symbol of accessibility;
- The international symbol of accessibility shall be painted on the surface of the parking stall as well with dimensions of 36 inches by 36 inches;
- There shall be an adjacent access aisle that is 96 inches in width and runs the entire length of the parking stall;
- The access aisle shall be painted with the words "no parking" on its surface
- The parking stall and access aisle shall be level with slopes not to exceed 2% in any direction.

Date: May 31, 2017　　　　By: _____
　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　United States District Judge